IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHEYANNE CHRISTINA WOODS,

      Petitioner,

v.                                 Case No.  5D16-1486

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed May 20, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jennifer M. Manyen, of Appeals Law
Group, Orlando, for Petitioner.

No appearance, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying post-conviction relief rendered March 23, 2016, in Case No. 2012-CF-008312-B-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

PALMER, EVANDER, BERGER, JJ., concur.